**RONALD N. ALLEN, L.L.C.**
**1331 N. Wilmot Road, Suite 250**
**Tucson, AZ 85712**
**(520) 204-1902**
**(520) 204-1536 facsimile**

**RONALD ALLEN**
**Bar No. 009904**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:08-bk-03428 |
|---|---|
| STANLEY T SMITH and ALICE J SMITH, | Chapter 13 |
| Debtors. | DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY |

The Debtors, STANLEY T SMITH and ALICE J SMITH, by and through their attorneys, RONALD N. ALLEN, L.L.C., by RONALD N. ALLEN, pursuant to 11 U.S.C. §362 (d), hereby object to the relief requested by JP Morgan Chase Bank, N.A. (hereinafter referred to as "Movant") for the reasons set forth herein:

1. Pursuant to 11 U.S.C. §362, the Court must deny the motion for relief when cause is not demonstrated for adequate protection, and when the property either has sufficient equity or is necessary for an effective reorganization. 11 U.S.C. §362(d).

2. The property on which the Movant has asked to lift the stay is the residence of the Debtors. As such, the property is necessary for an effective reorganization of the Debtors. Reorganization of the Debtors under Chapter 13 is feasible, based on the Debtors' confirmed Plan of Reorganization.

3. Debtors are willing to enter into an agreement to bring the post-petition payments and costs current in a six month period.

**WHEREFORE**, the Debtors, respectfully request the Court:

1. Deny Movant's Motion for Relief From the Automatic Stay, or in the alternative issues such orders are just to allow Debtors to cure any default found by the Court,

2. Such other and further relief as the Court may deem just.

**DATED THIS** 23rd day of July, 2009.

       \s\ State Bar No. 009904
       Ronald N. Allen
       Attorney for Debtors

Copy of the foregoing mailed this
23rd day of July, 2009. to:

KEVIN HAHN
MALCOLM & CISNEROS
2112 Business Center Drive
Second Floor
Irvine, California 92612
Attorneys for Movant

Dianne C. Kerns, Trustee
Office of the Chapter 13 Trustee
PMB# 413
7320 North La Cholla Blvd., #154
Tucson, Arizona, 85741-2305