# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | STANLEY A & ALICE J SMITH | | |
| **Case Number:** | 4:08-BK-03428-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 12, 2009 02:15 PM   COURTROOM 430 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 80256 ROYAL DORNOCH DRIVE, INDIO, CA FILED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**R / M #:**   51 / 0

## Appearances:

NONE

## Proceedings:

AT THE MOVANT'S REQUEST, THIS MATTER WILL BE SET FOR A FINAL HEARING ON SEPTEMBER 8, 2009 AT 11:30 A.M. (1 MIN.)