THIS ORDER IS APPROVED.

Dated: January 14, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge

Kevin Hahn, #024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
kevin@mclaw.org

Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| In re: <br><br> STANLEY A. SMITH and ALICE J. SMITH, <br><br> Debtors, <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees, <br><br> Movant, <br><br> vs. <br><br> STANLEY A. SMITH and ALICE J. SMITH, Debtors, and DIANNE C. KERNS, Trustee, <br><br> Respondents. | Chapter 13 <br><br> Case No. 4:08-bk-03428-JMM <br><br> **ORDER ON STIPULATION FOR ADEQUATE PROTECTION** |

     A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees ("JPMORGAN CHASE BANK"). Said Motion is set to be heard before the **HONORABLE JAMES M. MARLAR**, United States Bankruptcy Judge, on September 8, 2009.

     The Court having read the various pleadings, documents and proceedings herein, and having found cause to order adequate protection based upon the parties' Stipulation for Adequate Protection, does hereby make its order as follows:

///

**IT IS HEREBY ORDERED THAT:**

1. This Order affects the real property commonly known as 80256 ROYAL DORNOCH DRIVE, INDIO, CA 92201 ("the Property").

2. The hearing set for January 13, 2010 at 12:30 pm before the HONORABLE JAMES M. MARLAR is hereby vacated.

3. The Debtors shall timely tender the regular monthly mortgage payment beginning February 1, 2010 and each month thereafter within the grace period as provided by the Note and Deed of Trust. The regular mortgage payment is subject to change.

4. The Debtors are in default in the amount of $1,609.24 through and including the January 1, 2010 post-petition payment.

5. The arrearages shall also include Movant's attorney fees and costs in the amount of $600.00.

6. The Debtors shall cure the total default of $2,209.24, which includes said attorney fees and costs, by making 6 payments of $368.21 thereafter each month commencing February 15, 2010 and continuing through and including July 15, 2010 until said default is cured. Said payments are in addition to the regular monthly payment.

7. The Debtors shall timely perform all obligations under Movant's loan documents as they come due.

8. In the event the Debtors fail to timely perform any obligations set forth in this Order Requiring Adequate Protection (including, but not limited to, curing the delinquency set forth above and staying current on the normal monthly payments), Movant shall be entitled to notify the Debtors and the Debtors' attorney of record of said default in writing and by fax to Debtors' attorney a maximum of two times. The Debtors shall have ten (10) calendar days from the date of the written notification to cure the default. If said default is not timely cured, then Movant shall be entitled to reset this motion for hearing on ten (10) days notice.

9. All payments made under this Order for Adequate Protection shall be sent to the following address:

///

Washington Mutual Bank
7255 Bay Meadows Way
MailStop JAXB2007
Jacksonville FL 32256

10. In the event this case is converted to a Chapter 7 proceeding or the automatic stay is terminated as a matter of law, the terms of this Order for Adequate Protection shall immediately cease in effect and become null and void.

11. Payments made to Movant pursuant to this Order for Adequate Protection shall not prejudice its rights under its Note, Deed of Trust, Notice of Default, or Publication of Sale, if any.

**IT IS ORDERED.**

DATED:

**UNITED STATES BANKRUPTCY JUDGE**